

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 14 2015

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RUFUS PAUL DUHON, III** | : | **CIVIL ACTION NO. 2:14-cv-2872** |
| **VS.** | : | **JUDGE WALTER** |
| **U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the record, noting the absence of objections to the Report and Recommendation, and having determined that the Magistrate Judge's findings are correct under the applicable law;

**IT IS ORDERED** that the Complaint [Doc. #1] filed by Rufus Paul Duhon, III be **STRICKEN** from the record and his appeal **DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this _14_ day of _August_ 2015.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE